No. 517.   McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. EKBERG.   C. A. 9th Cir.   Certi-

orari granted. *Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Doris H. Maier,* Deputy Attorney General, for petitioners. Respondent *pro se.*